# 11 CIV. 4650

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__CHRISTOPHER BRODEUR__
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

MICHAEL BLOOMBERG, RAY KELLY, PAUL BROWNE, CITY OF NY, D.A. CHARLES HYNES, DA CY VANCE, ANNE GUTMANN, JESSICA WILSON, LAUREN ARTESE, RYAN HAYWARD, LISA KELLER(?), ADAs JOHN DOE 1,2,3,4,5,6, DUNCAN LEVIN, STATE OF NY, ERIC SCHNEIDERMAN, ERIC HOLDER, THE JUSTICE DEPT, CHRISTINE QUINN, RUDOLPH GIULIANI, ROSE GIL HEARN, SETH DIAMOND, FBI, US. GOVT, ROSIE MENDEZ, MICHELE BURGER, LISA KAPLAN, JESSICA NEPOMIACHI, JASMIN TORRES, BARBARA SHERMAN, GISELA GALVIZ-MILLAN

Jury Trial: ☑ Yes  ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
JUN 10 2011
PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   __CHRISTOPHER BRODEUR__
Street Address  _____
County, City  _____
State & Zip Code  _____
Telephone Number  __646-504-1260__   / EMPIREGOODNESS@GMAIL.COM

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 05/2010*

Defendant No. 1
Name ___ ALL DEFENDANTS ARE GOVT EMPLOYEES &
Street Address ___ AGENCIES, SO THE MARSHALL WILL BE
County, City ___ SERVING SINCE I'M IFP.
State & Zip Code ___ I hope it's okay that I don't try
Telephone Number ___ to put specifics here. The gov't
literally destroyed every part of my
life, as I will prove. (Ex: 35-ish false

Defendant No. 2
Name ___ lockups in jail (!) all for speech (!) and
Street Address ___ exposing gov't crimes (!) and much more!)
County, City ___ (EX- they also helped many people rob
State & Zip Code ___ my life savings, home, business etc!)
Telephone Number ___ (My life is in total ruins. Ask for
details if need be. Much of
this will come out in the trial.)

Defendant No. 3
Name ___
Street Address ___
County, City ___
State & Zip Code ___
Telephone Number ___

(NOTE) Pardon any sloppiness. The whole reason our

Defendant No. 4
Name ___ dirty gov't arrests and tortures dissidents is to
Street Address ___ WEAR THEM DOWN, etc.
County, City ___
State & Zip Code ___
Telephone Number ___

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions        ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? ___ More than I can list here, from RICO violations to the 1st, 4th, 5th, 6th, 8th, & 14th Amendments and so on.

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ___
Defendant(s) state(s) of citizenship ___

Rev. 05/2010

**[NOTE:]** I beg of the court to expedite this case to trial because people are literally DYING every day, due to the numerous criminal (and criminally negligent) acts of these defendants, and that is also easy to confirm or verify. Also I need to rebuild my completely-shattered life and move out of NYC!

### III. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? NYC and all over the internet. For instance, the FBI looked the other way as a child porn-enthusiast con-artist hacked my accounts & my friends! There are thousands of smoking guns like this.

B. What date and approximate time did the events giving rise to your claim(s) occur? THE DEFENDANTS COMMITTED THOUSANDS OF SEPARATE CRIMES AGAINST ME... TOO MANY TO LIST THEM ALL. I WILL PROVE AT TRIAL AS MANY AS YOU LIKE, FROM THEIR ESSENTIALLY BEING 1 GIANT CRIME SYNDICATE AND HELPING DOZENS OF CRIMINALS ROB ME, TO THEIR 28-ISH FALSE ARRESTS ETC FROM MY WHISTLEBLOWING, AND NUMEROUS FED CRIMES COMMITTED RELATED TO THAT, AND ON AND ON. THE PHYSICAL EVIDENCE ALONE IS TOO EXCESSIVE.

C. Facts: I am literally one of the most falsely-arrested people in American history (even the press have done hundreds of stories on my fake arrests and how I was/am the "#1" enemy of corrupt mayors Giuliani and Bloomberg. In fact, as an investigative reporter and activist, I exposed more crimes of City Hall than every other writer on earth... COMBINED. You can guess how these supercriminals responded!) (Technically I can prove 20 years of their crimes against me.)

RATHER than make this complaint 200 pages long (I could literally make it 2,000 pages just on what they've done to me in the past year!) let me point out that I've excluded dozens of additional defendants b/c that would make this suit unmanageable. I'm suing the major players who I have more than enough proof to prove were essentially a "mafia" in violation of RICO and who violated numerous other fed, city, & state laws, which I'll show at trial. (Power tends to corrupt, and the defendants have absolute power, basically. And they used that power to ruin my life in umpteen ways, as I will clearly show.) This suit is incredibly comprehensive and I can actually prove numerous crimes against me (and the rest of society if the court would like me to file a CLASS ACTION suit as well!) hundreds of times per day! (It's akin to someone suing the Nazis or Stalin's regime!)

**What happened to you?**
**Who did what?**
**Was anyone else involved?**
**Who else saw what happened?**

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Again, the defendants have violated my Constitutional "guarantees" and other rights <i>thousands</i> of times per year over the past 20 years. Every year. Every month. And fortunately almost all of it is documented in their OWN FILES (as well as my own). Pick any category. As the #1 whistleblower, it's common sense they'd torture me (acc. to the US state dept!), and do everything in their power to destroy my life. In this suit, the court is going to have to say "ok... that's ENOUGH evidence of that crime... and that crime... and that crime." I'm also going to show that their clear corruption is even responsible for some of my <s>uss</s> more ambitious complaints, like that their criminal negligence is directly responsible for every crime I was the victim of. (22 bikes stolen? Hundreds of bloody assaults? The NYPD, for instance, are like plumbers who never ever fix a sink but FORCE all customers to still pay them for their "services"! PURE ILLEGAL NEGLIGENCE etc. I realize that's a bold legal argument. WAIT til you see the mountain of evidence.)

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Again, as an extremely educated person I can write 3,000 pages just on relief sought. (Very comprehensive!) SOME of it is normal (monetary & punitive damages) (over $50 million) (wait til you hear how they tortured me etc! Your head will spin...) and some of it is seemingly quite 'bold', — from INDEPENDENT MONITORS, so there is finally some actual checks & balances against our fraudulent 'law enforcement' agencies (top to bottom) and politicians, TO asking the court to ORDER the govt to make the Federal Attorney General and the NYC POLICE COMMISSIONER ELECTED officials. (It is illegal to have the Prez or Mayor APPOINT the person in charge of policing them!! Totally CORRUPT under The Constitution etc.) They have no argument: the NY State AG is NOT appointed by the Governor! He's elected. The Mayor of NYC can't be held accountable for his endless crimes? NONSENSE. And totally UNCONSTITUTIONAL. I'll be asking for a wide variety of INJUNCTIVE relief too, as the NYPD and Ray Kelly are infamous for endless systemic crimes. (Fun Fact: I was the ONLY reporter exposing Bernie Kerik's lies for 5 YEARS before NJ prosecutors busted him & NYC law enforcement gave him "professional courtesy".)

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10 day of June, 2011.

I'll also be asking for JAIL TIME for these super-criminals... but I'm not sure CIVIL RICO statutes permit that. These defendants are mass murderers and some of the top criminals in USA history, as I will thoroughly show. They even essentially murdered ME — without the decency to end my pain and suffering.

Signature of Plaintiff  [signature]

Mailing Address — unsure right now. I will inform the court once something stable happens. (I lost all 3 of my affordable homes, due to govt lies and crimes, as I'll show.)

Telephone Number   646-504-1260

Fax Number *(if you have one)* — EmpireGoodness@gmail.com (Mayor Bloomberg even used his muscle to get my blogs killed and blocked Google Alerts! He's the mobster... biggest in NYC history!)

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 05/2010*